

# Social Security Administration
## Benefit Verification Letter

Date: August 2, 2022
BNC#: 22UK636B31529
REF: DC

MELLISSA LACHELLE WOMACK FOR
ROMEO JAMES ROSS
2223 NORMAN ST
AUGUSTA GA  30904-4835

You asked us for information from ROMEO JAMES ROSS' record.  The information that you requested is shown below.

**Information About Supplemental Security Income Payments**

Beginning August 2022, the current Supplemental Security Income payment is $559.06.

This is after we have withheld $84.10 to recover an overpayment.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

We found that you became disabled under our rules on May 7, 2007.

**Type of Supplemental Security Income Payment Information**

You are entitled to monthly payments as a disabled child.

**Date of Birth Information**

The date of birth shown on our records is August 31, 2004.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page

Case 1:22-cv-00104-JRH-BKE   Document 1-1   Filed 08/08/22   Page 2 of 5

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-877-616-2523**.

       SOCIAL SECURITY
       115 Robert C Daniel JR PKWY
       AUGUSTA GA 30909

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

**TN.GOV - Department of Human Services**
**Child Support Enforcement Services**
**Non-Custodial Parent Payment Summary Printable Version**

Case ID: 1082988

| | |
|---:|:---|
| Name: | REGINALD BERNARD ROSS |
| Member ID: | 000825331 |
| Case ID: | 1082988 |
| Status: | OPEN |
| Today's Date: | 08/02/2022, 4:47PM |
| Currently Displayed Payment Dates: | 02/01/2022 to 09/02/2022 |

\* The Printed Report is not complete unless the totals are included at the bottom of the document.\*

| NCP Payment Received Date | NCP Payment Effective Date | NCP Payment Received | NCP Payment Less Fee | Fee Amount | NCP Received Credit For Payment |
|---|---|---|---|---|---|
| 07/29/2022 | 07/29/2022 | $163.38 | $163.38 | $0.00 | YES |
| 07/15/2022 | 07/15/2022 | $163.38 | $163.38 | $0.00 | YES |
| 07/01/2022 | 07/01/2022 | $163.38 | $163.38 | $0.00 | YES |
| 06/17/2022 | 06/17/2022 | $163.38 | $163.38 | $0.00 | YES |
| 06/03/2022 | 06/03/2022 | $163.38 | $163.38 | $0.00 | YES |
| 05/20/2022 | 05/20/2022 | $163.38 | $163.38 | $0.00 | YES |
| 05/06/2022 | 05/06/2022 | $163.38 | $163.38 | $0.00 | YES |
| 04/22/2022 | 04/22/2022 | $163.38 | $163.38 | $0.00 | YES |
| 04/08/2022 | 04/08/2022 | $163.38 | $163.38 | $0.00 | YES |
| 03/25/2022 | 03/25/2022 | $163.38 | $163.38 | $0.00 | YES |
| 03/11/2022 | 03/11/2022 | $163.38 | $163.38 | $0.00 | YES |
| 02/25/2022 | 02/25/2022 | $163.38 | $163.38 | $0.00 | YES |
| 02/11/2022 | 02/11/2022 | $163.38 | $163.38 | $0.00 | YES |

TOTAL:

| | |
|---:|---:|
| Payment Received | $2,123.94 |
| Fee Amount | $0.00 |
| Payment Less Fee | $2,123.94 |

Pursuant to T.C.A.§24-7-121, this payment record may be used as legal evidence in a child support hearing. Financial activity may occur after printing which will not be reflected on this document. Any individual who knowingly alters, or who assists any individual to alter, any information obtained from this source and such altered information is utilized for the purposes of establishing, enforcing, or modifying child or spousal support or defending such actions, or for the purposes of defending or prosecuting any contempt action involving child or spousal support, commits a Class A misdemeanor.

## End of Assignment Effective Today

From: Lazenby, Zack (zlazenby@astoncarter.com)

To: missylwomack@gmail.com

Date: Friday, June 17, 2022 at 03:22 PM EDT

Hello Mellissa,

I hope all is well. I wanted to reach out and update you on your current assignment with us. Since claims are slowing for Maritz, your last day is effective today. I understand this was originally suppose to be 5 weeks, but claims kept pouring in and they have finally started slowing down. Please make sure you turn in your hours for the days you worked this week.

Please let me know if you have any other questions in the meantime. We can start looking at other opportunities that align with your skillset and preferences if you would like.

Thanks,
Zack



**Zack Lazenby**
Recruiter Practice Lead
Operations & Administration
P: 314.801.5261
M: 314.954.3481
zlazenby@AstonCarter.com

2 City Place
Suite 100
Creve Coeur, MO 63141

AstonCarter.com




This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you

Please note that I am a person with a disability and will need accommodations during this process. I was informed I must fill out the paperwork to have it processed. I will be looking for assistance to help me due to disability but did not have the time to be able to locate anyone. If I did not fill out the paperwork correctly, please let me know so I can get it done correctly.

If there is an ADA coordinator for your courthouse, could you please have that person reach out to me at missylwomack@gmail.com. I could not find that person and the person that I thought it was, did not respond to me (Ms. Booker, jacqueline.booker@georgiacourts.gov).

I was also trying to get an accommodation to file these at the court house but could not get a response so I hope mailing it was correct.

Thanks in advance because I really do not understand this process completely but knew I had a time limit.

*Mellissa Womack*
Mellissa Womack